IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | No. 3:20-CR-621-K-1 |
| | § | **Judge Kinkeade** |
| | § | |
| **SHERMAN ROBERTS,** | § | |
| **Defendant.** | § | |

## AGREED MOTION TO CONTINUE TRIAL

COMES NOW, Sherman Roberts, defendant, by and through the undersigned counsel, and respectfully requests that the trial in this cause be continued, and for good cause shows as follows:

### The Grounds for the Requested Continuance

1. Defendant asks the Court to continue the current trial date of May 20, 2024 and all associated pre-trial deadlines. The current Scheduling Order was issued on October 5, 2023 regarding the current trial schedule. (Dkt.#28)

2. Counsel and the Government believe it is appropriate to grant this continuance. Defendant is currently on pre-trial release. Counsel and the Government believe it is best to resolve this case as a non-jury trial. However, Counsel and defendant will continue to work to find a resolution for this case. Counsel respectfully requests a continuance from the current trial setting and move to a non-jury trial, trial before the Court setting.

## Conclusion

3. The Speedy Trial Act, 18 U.S.C. §§ 3161 provides that a continuance may be granted based on the Court's "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. §3161(h)(7)(A).

4. In consideration of defendant's rights to both due process and the effective assistance of counsel - as well as the precepts of the Speedy Trial Act - counsel respectfully requests a trial date on or after October 14, 2024 and an Amended Pretrial Order.

Respectfully submitted,

*/s/ William D. Cox III*

William D. Cox III
Texas State Bar No. 04956497
325 N. St. Paul Street, Suite 2100
Dallas, Texas 75201
Telephone: 214.220.3111
Facsimile:  214.220.3114
E-mail:wdc3law@aol.com

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with counsel for the Government, AUSA Donna Max on April 22, 2024, regarding defendant's motion and she agrees to the continuance.

*/s/ William D. Cox III*

William D. Cox III

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2024, the following document was filed electronically, using the ECF system for the Northern District of Texas, Dallas Division, and that a copy of this document will be provided electronically to all parties.

*/s/ William D. Cox III*

William D. Cox III