.

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **No. 3:20-CR-621-K-1** |
| | § | **Judge Kinkeade** |
| | § | |
| **SHERMAN ROBERTS,** | § | |
| **Defendant.** | § | |

### AGREED MOTION TO CONTINUE SENTENCING

COMES NOW, Sherman Roberts, defendant, by and through the undersigned counsel, and respectfully requests that the sentencing in this cause be continued, and for good cause shows as follows:

### The Grounds for the Requested Continuance

1. Defendant asks the Court to continue the sentencing date of July 16, 2025, and all associated pre-sentence deadlines. The current Scheduling Order was issued on April 1, 2025 regarding the current sentencing schedule. (Dkt.#45)

2. Counsel and the Government believe it is appropriate to grant this continuance. Defendant is reviewing the PSR. He needs more time to get information to Counsel so objections can be filed.   Counsel respectfully requests a new sentencing date of September 18, 2025 and all other deadlines extended.

---

Respectfully submitted,

William D. Cox III
Texas State Bar No. 04956497
325 N. St. Paul Street, Suite 2100
Dallas, Texas 75201
Telephone: 214.220.3111
Facsimile:  214.220.3114
E-mail:wdc3law@aol.com

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with counsel for the Government, AUSA Chad Meacham on June 27, 2025 regarding defendant's motion and he agreed to the continuance.

William D. Cox III

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, the following document was filed electronically, using the ECF system for the Northern District of Texas, Dallas Division, and that a copy of this document will be provided electronically to all parties.

William D. Cox III