**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| | § |
| **v.** | §   **NO.  3:20-CR-00621-K-1** |
| | § |
| | § |
| **SHERMAN ROBERTS (1)** | § |

**UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, SHERMAN ROBERTS, defendant in this cause and moves this Court to substitute MICHAEL P. HEISKELL and NATE WASHINGTON as the defendant's counsel to replace currently retained counsel, William Cox, III and shows as follows:

**I.**

Defendant has been disappointed in the services allegedly rendered by Mr. Cox and prefers new counsel. Therefore, your defendant seeks the services of Michael P. Heiskell and Nate Washington, duly licensed attorneys, to now substitute as his counsel.

**II.**

This motion is not made for the purposes of delay but to ensure that justice is done.

Respectfully submitted,

/s/Michael P. Heiskell
Michael P.  Heiskell
State Bar No.  09383700
**JOHNSON, VAUGHN, & HEISKELL**
500 W. 7th Street, Suite 700
Fort Worth, Texas 76102
(817) 457-2999
(817) 496-1102 facsimile
E-mail: mheiskell@johnson-vaughn-heiskell.com or
firm@johnson-vaughn-heiskell.com

/s/ Nate Washington
Natherral Jashont Washinton
Texas Bar No. 24042126
The Washington Firm
1000 Macon Street, Suite 300
Fort Worth, Texas 76102
Telephone: 817-339-1406
Facsimile: 817-339-1407
Email: njw@theWfirm.com

ATTORNEYS FOR THE DEFENDANT



SHERMAN ROBERTS

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2025, I filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, Dallas Division using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record, who have consented in writing to accept this Notice as service of the document by electronic means.

/s/ Michael P. Heiskell
Michael P. Heiskell

## CERTIFICATE OF CONFERENCE

This is to certify that I contacted AUSA, Chad Meachum regarding the foregoing and he is unopposed to said motion being granted.

/s/Michael P. Heiskell
Michael P. Heiskell