**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO.  3:20-CR-00621-K-1 |
| | § | |
| SHERMAN ROBERTS (1) | § | |

**SUPPLEMENTAL MOTION TO WITHDRAW PLEA**
**OF GUILTY PRIOR TO SENTENCING**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW the defendant, SHERMAN ROBERTS,  by and through undersigned counsel, and respectfully moves this Honorable Court to allow withdrawal of the guilty plea entered on September 26, 2024, pursuant to Federal Rules of Criminal Procedure 11(d)(2)(B), before sentencing, and in support thereof submits this supplemental motion to the original Motion filed on September 9, 2025 (Dkt. 52). And states as follows:

**I.**
**SUPPLEMENTAL DECLARATION OF CHARLES GULLEY**

As evidenced in the Declaration of Defendant Sherman Roberts, attached as Exhibit B to the *Motion to Withdraw Guilty Plea Prior to Sentencing,* Mr. Roberts directed his prior counsel, Mr. William Cox, to speak to Charles Gulley, a former City of Dallas Housing Department Manager to support his repeated assertions of innocence. Mr. Gulley played an integral role in the development of the various housing projects in the City of Dallas which are the subject of this Indictment.   As is now evident by the attached Supplemental Declaration by Charles Gulley. Mr. Gulley provides compelling information that Mr. Roberts did not have any reason nor incentive to bribe City of Dallas councilpersons related to  City Wide Community Development

Corporation ("City Wide") projects, where Mr. Roberts is the Executive Director. *See Exhibit A attached hereto.*

In fact, with respect to the Runyon Springs development, which is referenced in the Factual Resume, Mr. Roberts was requested by the City of Dallas to participate in this project. Mr. Gulley goes into detail in his attached declaration regarding this effort on the City of Dallas to involve City Wide in this project.

This exculpatory evidence was never explored by Mr. Cox during his almost four (4) years as Mr. Roberts' counsel. Mr. Gulley confirms as well that Cox never reached out to him. This crucial witness and the lack of any effort by Cox to interview him is additional evidence reflecting the lack of close assistance of counsel by Mr. Cox.

WHEREFORE, counsel prays that this motion is granted.

Respectfully submitted,

/s/Michael P. Heiskell
Michael P. Heiskell
State Bar No. 09383700
**JOHNSON, VAUGHN, & HEISKELL**
500 W. 7th Street, Suite 700
Fort Worth, Texas 76102
(817) 457-2999
(817) 496-1102 facsimile
E-mail: mheiskell@johnson-vaughn-heiskell.com or
firm@johnson-vaughn-heiskell.com

/s/ Nate Washington
Natherral Jashont Washington
Texas Bar No. 24042126
The Washington Firm
1000 Macon Street, Suite 300
Fort Worth, Texas 76102
Telephone: 817-339-1406
 Facsimile: 817-339-1407
Email: njw@theWfirm.com


**ATTORNEYS FOR THE DEFENDANT**


**<u>CERTIFICATE OF CONFERENCE</u>**

This is to certify that I previously contacted AUSA, Chad Meacham, regarding the foregoing and he is opposed to this motion.

/s/Michael P. Heiskell
Michael P. Heiskell


**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2025, I filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, Dallas  Division using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record, who have consented in writing to accept this Notice as service of the document by electronic means.

 /s/Michael P. Heiskell
Michael P. Heiskell